Date: 05/18/10

# DIVIDENDS REMITTED TO THE COURT
Check Number 3011 Dated 05/18/10
Case Number 08-72036 - LESTER, NANCY LOVATTA

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Buchanan General Hospital<br>Rt. 5 Box 20<br>Grundy, VA 24614 | 000002 | 29.76 | 1.00 |
| ---------- Remittance Total -------------- | | 29.76 | 1.00 |

*Charlie Jessee, Trustee/lda*
CHARLIE JESSEE, TRUSTEE

COURT1

Printed: 05/18/10 02:30 PM    Ver: 15.08